IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 21043

In the Matter of SHELLEY LEEANN KNOWLES,
*Respondent.*

ORDER OF DISBARMENT

In a letter signed August 16, 2016, addressed to the Clerk of the Appellate Courts, respondent Shelley Leeann Knowles, an attorney admitted to practice law in Kansas, voluntarily surrendered her license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2015 Kan. Ct. R. Annot. 390). The letter was received by the office of the Disciplinary Administrator on August 16, 2016, and transmitted to the Clerk of the Appellate Courts on August 17, 2016.

At the time the respondent surrendered her license, a formal hearing was pending regarding two docketed disciplinary complaints. The complaints alleged that the respondent violated Kansas Rules of Professional Conduct 1.1 (2015 Kan. Ct. R. Annot. 442) (competence); 1.3 (2015 Kan. Ct. R. Annot. 461) (diligence); 1.4 (2015 Kan. Ct. R. Annot. 482) (communication); 1.5 (2015 Kan. Ct. R. Annot. 503) (fees); 1.15 (2015 Kan. Ct. R. Annot. 556) (safekeeping property); 1.16 (2015 Kan. Ct. R. Annot. 572) (declining or terminating representation); 3.2 (2015 Kan. Ct. R. Annot. 595) (expediting litigation); 3.3 (2015 Kan. Ct. R. Annot. 601) (candor toward the tribunal); 4.1 (2015 Kan. Ct. R. Annot. 626) (truthfulness in statements to others); and 8.4 (2015 Kan. Ct. R. Annot. 672) (misconduct).

1

This court, having examined the files of the office of the Disciplinary Administrator, finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Shelley Leeann Knowles be and she is hereby disbarred from the practice of law in Kansas, and her license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Shelley Leeann Knowles from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2015 Kan. Ct. R. Annot. 401).

Dated this 6th day of September, 2016.